1  GARY G. GOYETTE, Bar No. 224715
   GOYETTE & ASSOCIATES, INC.
2  2366 Gold Meadow Way, Suite 200
   Gold River, CA 94670
3  Telephone: 916.851.1900
   Facsimile:  916.851.1995
4  goyetteg@goyette-assoc.com

5  Attorneys for Plaintiffs

6
   KEVIN M. OSTERBERG, Bar No. 138760
7  HAIGHT, BROWN, & BONESTEEL, LLP
   3750 University Avenue, Suite 560
8  Riverside, CA 92501-3313
   Telephone: 951.213.3001
9  Facsimile:  951.341.8309
   kosterberg@hbblaw.com
10
   Attorneys for Defendant
11

FILED
AUG 0 1 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

12              UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| JOSEPH P. GOODMAN, an individual; JAMES B. MASON, an individual; GREGORY CONLEY, an individual; NICHOLAS RUSSELL, an individual; CAMERON DONNAHOO, an individual; WILLIAM SANDER, III, an individual; SERGIO VALDEZ, an individual; and TERRY VALDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO COUNTY FIRE PROTECTION DISTRICT, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:12-CV-01943-AWI-SAB<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER FRCP RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:  November 29, 2012<br>Trial Date:        N/A |

---

JOINT STIPULATION FOR DISMISSAL                    Case No. 1:12-CV-01943-AWI-SAB

1     The parties to the above captioned matter, having resolved their differences in a
2 mutually satisfactory manner, hereby jointly stipulate to dismiss this action, with
3 prejudice, in its entirety and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of
4 Civil Procedure, each party to bear their own attorney's fees and costs. The parties
5 jointly request that the Court now dismiss this action with prejudice.

6

7 Dated: July 31, 2013

8                                    /s/
                                   GARY G. GOYETTE
                                   Attorney for Plaintiffs

9

10 Dated: July 31, 2013

11                                 /s/
                                KEVIN M. OSTERBERG
                                Attorney for Defendant

12

13

14 8-1-13             [signature]
15                                 U.S. District Judge
16